# United States District Court

Southern **DISTRICT OF** California    08 APR 25  AM 10: 30

## In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

Express Mail EE452395525GB addressed to david,
4082 48 street, sandiego ca sp 92105 United
States of America.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY **SEARCH WARRANT**

**CASE NUMBER:** **'08 MJ 1226**

TO: P. G. Garn, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn    who has reason to

Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern    District of California    there is now

concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of
controlled substances through the United States Mail, including money paid for
controlled substances,in violation of Title 21, United States Code, Sections
841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____5/1/08_____

Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to JAN M. ADLER

U.S. Judge or Magistrate

as required by law.

_____4/20/08 @ 4:14 p.m._____    at    **SAN DIEGO, CALIFORNIA**

Date and Time Issued    City and State

JAN M. ADLER
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4-21-2008 | 4-21-2008 approx 730 hrs | USPS |

INVENTORY MADE IN THE PRESENCE OF

S. Barber and P. G. Gavn Postal Inspectors

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

EE4523955256GB

From: Sara smith
4 Temple Road
London NW2 6QB

To: david
4082 48 street
San diego ca sp 92105
United States of America

Containing — styrofoam packing
— bundles of khat with total weight of approx 6.1 Kg

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_P G Gavn_

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate

4/25/08
Date